Caroline Stott, Appellant, v. The Village of Skaneateles and Others, Respondents.— Judgment affirmed, with costs. All concurred.

William McCartney, Respondent, v. Joseph Farley, Appellant.— Judgment affirmed, with costs. All concurred.

Alexander Watson, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented upon the ground that the evidence is sufficient to establish that the conduct of the motorman was reckless.

Charles Reynolds and Arthur Cathcart, Appellants, v. Edward Kelly and Mrs. Edward Kelly, Respondents.— Judgment affirmed, with costs. All concurred.

Charles Ulrich and Frank Tharp, Appellants, v. Maynard N. Clement, as State Commissioner of Excise, and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

Jadwiga Piorczynski, as Administratrix, etc., of Sophia Swienciehowski, Deceased, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward J. Read, Appellant, v. Stephen A. Ingham, Respondent.— Judgment affirmed, with costs. All concurred.

Thomas E. Boyd, Appellant, v. Wellington M. Ross, Respondent.— Judgment affirmed, with costs. All concurred.

Byron J. Schmidt, an Infant, by Vincent Schmidt, His Guardian ad Litem, Respondent, v. Niagara Electro Chemical Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rose C. Seager, as Administratrix, etc., Appellant, v. Solvay Process Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Accounts of Newton A. Clark, as General Guardian of W. Wilson Clark, an Infant.— Appeal dismissed, without costs, upon stipulation filed.

Maynard N. Clement, as State Commissioner of Excise, etc., Appellant, v. Four Cases of "Pablo." James F. Barry, Answering as Owner, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Maynard N. Clement, as State Commissioner of Excise, etc., Appellant, v. Five Cases Containing Nine Dozen and Four Bottles of "Foshay's Yates Special" and Five Cases Containing the Above-Mentioned Bottles. William B. Foshay, Answering as Owner, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Charles W. Lee, Respondent, v. The Equitable Life Assurance Society of the United States, Defendant, Impleaded with Gilbert S. Reynolds, as Administrator, etc., of Charles Earle Lee, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, without considering the question of the right of the foreign administrator to be made a party to the action. (See *Flandrow* v.